[No. 1419-3.    Division Three.    February 17, 1977.]

JOHN R. QUINN, *Appellant*, v. HOLY FAMILY HOSPITAL, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 212048, Del Cary Smith, Jr., J., entered January 28, 1975. *Affirmed* by unpublished opinion, per McInturff, J., concurred in by Munson, C.J., and Green, J.